IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-211 |
| | § | |
| ANGEL PADILLA-ARELLANO | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No 15.). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | August 17, 2015 |
| Responses are to be filed by: | August 31, 2015 |
| Pretrial conference is reset to: | **September 8, 2015 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **September 14, 2015 at 9:00 a.m.** |

SIGNED on June 24, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge